AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Ronnie Montsdeoca<br><br>*Defendant(s)* | )<br>)<br>) Case No. 18-8389-WM<br>)<br>) 18-8390-WM<br>) |

FILED BY ____ D.C.
SEP 1 2 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 21, 2017__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Gregory Hoffman, Special Agent / FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __09/12/2018__

_____
*Judge's signature*

City and state: __West Palm Beach, Florida__   Hon. William Matthewman, US Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF
## GREGORY HOFFMAN, SPECIAL AGENT
## FEDERAL BUREAU OF INVESTIGATION

I, Gregory Hoffman, being duly sworn, do state and attest as follows:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and I have been so employed since March 2016. I am currently assigned to PB-2, the Violent Crimes and Major Offender Squad of the Palm Beach County Resident Agency. I have been assigned primarily to investigations dealing with bank robberies, fugitives, and other violent crimes. Based on my experience as a federal law enforcement officer, I have conducted investigations of, and have been instructed in investigative techniques concerning, bank robberies and conspiracies to commit these offenses, in violation of Title 18, United States Code, Section 2113(a).

2. This affidavit is based upon my own personal knowledge of the facts and circumstances surrounding the investigation and information provided to me by other law enforcement officers. This affidavit does not contain all the information known to me about this case, but addresses only that information necessary to support a finding of probable cause for the issuance of a criminal complaint charging, **Ronnie Montsdeoca** (hereinafter "MONTSDEOCA") with Bank Robbery, in violation of Title 18, United States Code, Section 2113(a).

3. On or about April 21, 2017, at approximately 7:30 p.m., a then unidentified white male robbed the TD Bank located at 2301 W. Indiantown Road Jupiter, FL 33458, within Palm Beach County and the Southern District of Florida. The TD Bank is a federally insured bank, whose deposits are insured by the Federal Deposit Insurance Corporation, and the suspect made off with approximately $2,656.00 in United States currency.

4. The bank robber was wearing a dark shirt or jacket, dark blue or black fitted Adidas hat and a stocking over his head and face. The robber approached a teller and verbally demanded

that she give him money. The robber also held his hand inside his shirt and instructed that the teller not give him any dye packs or tracking devices. The teller was in reasonable fear for her safety and gave the robber the money. The robber then fled the bank through the same door he came in.

5. The bank's surveillance system captured the robbery. Still images were provided to law enforcement as part of the investigation. "Image A," as included in this affidavit, depicts the suspect as he was robbing the bank. "Image B" below, includes a dark pickup truck with a stripe that is believed to have been used in the robbery.


*Image A*


**Image B**

6. On August 30, 2018, a cooperating defendant in another bank robbery told the FBI that MONTSDEOCA was involved in bank robberies. The cooperating defendant explained that he and MONSTDEOCA worked together to rob one bank in Boynton Beach, Florida and a second bank in Fort Pierce, Florida. The cooperating defendant also explained that he believed MONTSDEOCA had robbed other banks in the Southern District of Florida. During the interview, the cooperating defendant stated that MONTSDEOCA lived with his girlfriend in Palm Beach

2

County. The cooperating defendant also identified MONTSDEOCA's girlfriend using her Facebook.com profile and identified several pictures of MONTSDEOCA posted within her page. Those photographs and profile were all viewable from the cooperating defendant's Facebook.com page because he was "Facebook friends" with MONTSDEOCA's girlfriend. When questioned by agents, the cooperating defendant further stated that MONTSDEOCA used panty hose to disguise his identity, and that he and MONTSDEOCA texted on their cellular phones about bank robberies. It should be noted that the cooperating defendant did not know how to properly spell MONTSDEOCA's last name. The cooperating defendant also did not tell the FBI that he was involved in any way with the TD Bank robbery; however, subsequent investigation indicates he walked inside the bank before MONTSDEOCA committed the robbery.

7. Agents were able to identify MONTSDECOA from the information provided by the cooperating defendant. The FBI then obtained MONTSDECOA's driver's license record and photograph. Agents compared MONTSDECOA's driver's license photo and several photographs of MONTSDECOA from Facebook.com to the surveillance images from the TD bank robbery in April 2017. Based upon that review, agents determined that the obscured facial features of the unknown male who robbed the TD Bank appeared to match those of MONTSDEOCA. Furthermore, a review of the Facebook images featured a photograph of MONTSDEOCA wearing a dark blue or black fitted Adidas hat. The hat in "Image C" appears to be similar to the one worn by the suspect in the TD bank robbery on April 21, 2017. Furthermore, the image on Facebook indicates that the photograph of



**Image C**

3

MONTSDEOCA was posted approximately one month before the TD bank robbery.

8. On the day of the TD bank robbery, a dark colored pickup truck with a tan or gray stripe near its bottom was visible in the security footage. Specifically, the truck was visible in the security footage directly prior to and after the bank robbery. A further review of the security footage shows that another individual, now believed to be the cooperating defendant, exited the black pickup truck and entered the TD bank briefly before the robbery. The person then returned to the pickup truck and the truck departed. Shortly thereafter, the pickup truck returned and dropped off MONTSDEOCA who robbed the bank. After MONTSDEOCA robbed the bank, the truck appears again while traveling southbound towards Indiantown Road.

9. A review of MONTSDEOCA's registered vehicle information with the Florida Department of Motor Vehicles determined that he owns a 2002 black Ford pickup truck, with Florida license plate number Y58DTW. Records also reveal that his home address is 13389 157TH CT N Jupiter, FL 33478. On September 7, 2018, surveillance of MONTSDEOCA's registered address revealed the presence of a black Ford pickup truck with a tan or gray stripe near the bottom. This vehicle appears to be similar to the pickup truck used during the TD Bank robbery.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Gregory J. Hoffman, Special Agent
Federal Bureau of Investigation

Sworn to me and subscribed this 12 day of September 2018 at West Palm Beach, Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

4

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

## CASE NO. 18-8389-WM

Defendants' Name: **RONNIE MONTSDEOCA**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Bank Robbery | 18 USC 2113(a) | 20 years' <br> $250,000 fine <br> SR: 3 years <br> $100 Special Assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
No. ~~18-8389-WM~~ 18-8390-WM

UNITED STATES OF AMERICA

vs.

RONNIE MONTSDEOCA,

        **Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes \_\_X\_\_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes \_\_X\_\_ No

                              Respectfully submitted,

                              BENJAMIN G. GREENBERG
                              UNITED STATES ATTORNEY

BY: _____
        ADAM C. McMICHAEL
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No. 0772321
        TEL (561) 820-8711